IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DORIAN STEPNEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 07 C 5842 |
| | ) | |
| v. | ) | Judge Edmond Chang |
| | ) | |
| CITY OF CHICAGO, et al., | ) | Magistrate Soat Brown |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS'
RESPONSES TO DEFENDANTS' MOTIONS *IN LIMINE* NO. 1-26**

Plaintiffs, by and through their attorneys, respectfully submit this appendix of exhibits in support of their motion for responses to Defendants' motions *in limine* number 1-26.

| | |
|---|---|
| Exhibit A | Chicago Police Department D.S.O 07-06-01 |
| Exhibit B | Deposition of Jefty Stepney excerpts |
| Exhibit C | Deposition of Cynthia Stepney excerpts |
| Exhibit D | Correspondence between counsel |
| Exhibit E | CD containing audio recordings of 911 calls |
| Exhibit F | minute order, *Stepney v. City of Chicago*, May 19, 2010 |

RESPECTFULLY SUBMITTED,

/s/ Elizabeth Mazur<br>Attorneys for Plaintiffs

Arthur Loevy
Jon Loevy
Russell Ainsworth
Elizabeth Mazur
LOEVY & LOEVY
312 North May St, Suite 100
Chicago, IL 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

I, Elizabeth Mazur, an attorney, certify that on February 3, 2011, I sent by CM/ECF electronic filing a copy of this Appendix of Exhibits to Counsel of Record.

/s/ Elizabeth Mazur