# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

| | |
|---|---|
| Dorian Stepney, et al. <br> *Plaintiff* <br> v. <br> City of Chicago, et al. <br> *Defendant* | Civil Action No.  07 C 5842 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:

Judgment is entered in favor of defendants Emmett McClendon, Mark Hein, Melvin Branch, Brian Hawkins and Miguel Cuadrado and against plaintiffs Cynthia Stepney, Darius Stepney, Derrick Stepney, Dorian Stepney, Rodney Stepney and Tristan Stepney.  In light of the jury verdict for the individual defendants, the Court enters judgment in favor of the City of Chicago.

This action was *(check one)*:

☒ tried by a jury with Judge  Edmond E. Chang  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  July 29, 2011                              Michael W. Dobbins, Clerk of Court

                                                  /s/ Sandra Brooks