IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| DORIAN STEPNEY, TRISTAN STEPNEY, DERRICK STEPNEY, and CYNTHIA STEPNEY, individually and on behalf of her minor children DARIUS STEPNEY, RODNEY STEPNEY and TONI STEPNEY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, City of Chicago Police Officers EMMETT MCCLENDON, Star # 18077, MARK HEIN, Star # 19700, MELVIN BRANCH, Star # 16163, BRIAN HAWKINS, Star # 18982, MARTIN TERESI, Star # 11254, and MIGUEL CUADRADO, Star # 5437, <br><br> Defendants. | 07 C 5842 <br><br> Judge Chang <br><br><br><br><br><br> JURY TRIAL DEMANDED |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs-Appellants, by their attorneys, LOEVY & LOEVY, hereby appeal to the Unites States Court of Appeals for the Seventh Circuit from (1) the District Court's entry of judgment in favor of Defendants-Appellees Emmett McClendon, Mark Hein, Melvin Branch, Brian Hawkins, and Miguel Cuadrado and the City of Chicago, dated July 29, 2011; (2) the District Court's grant of summary judgment for Defendants-Appellees Anthony Schultz, Fred Waller, Steven Maldonado, Mark Hein, Martin Teresi and the City of Chicago on October 20, 2010; (3) the District Court's Motions In Limine and other pre-trial and trial rulings, including those dated June 20, June 24, June 30, July 6, July 15, July 25, and July 28, 2011; and (4) all other errors committed by the District Court.

s/ Russell Ainsworth

Attorneys for Plaintiff
Arthur Loevy
Jon Loevy
Russell Ainsworth
Anand Swaminathan
LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)

CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on August 29, 2011, I served this document by ECF electronic filing as to each party who is represented by counsel who uses electronic filing.

s/ Russell Ainsworth
Attorneys for Plaintiff