# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 13, 2011

| | |
|---|---|
| No.: 11-2979 | DORIAN STEPNEY, et al., <br> Plaintiffs - Appellants <br><br> v. <br><br> CITY OF CHICAGO, et al., <br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:07-cv-05842 <br> Northern District of Illinois, Eastern Division <br> District Judge Edmond E. Chang ||

    Upon consideration of the **STIPULATION TO VOLUNTARILY DISMISS APPEAL WITH PREJUDICE**, filed on September 13, 2011, by counsel for the parties,

    **IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).



form name: **c7_FinalOrderWMandate**(form ID: **137**)